UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
TRUSTEES OF THE LOCAL 888 UFCW, et al.,       :

                                                  :

                Plaintiff(s),       :       **ORDER FOR STATUS**
                                    :       **CONFERENCE**
 -against -                                     07 Civ. 8132(SAS)
                                      :

HARVEY ELECTRONICS, INC.,
                                      :

                Defendant(s),       :

------------------------------------- X

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

       Counsel are directed to appear at the United States Courthouse, 500 Pearl Street, New York, Courtroom 15C, on **August 17, 2009** at **4:30** p.m., for a **status** conference.

       If this case has been settled or otherwise terminated, counsel are not required to appear, **provided** that a stipulation of discontinuance, voluntary dismissal, or other proof of termination is delivered before the date of the conference to the courtroom deputy clerk to chambers of Judge Scheindlin, Room 1620, U.S. Courthouse, 500 Pearl Street, New York, New York 10007. If plaintiff(s)' counsel intends to move for a default judgment, the Court should be advised prior to the status conference date.

       **COUNSEL FOR PLAINTIFF(S) ARE DIRECTED TO IMMEDIATELY NOTIFY ALL ATTORNEYS IN THIS ACTION BY SERVING UPON EACH OF THEM A COPY OF THIS ORDER. ALL PARTIES MUST APPEAR AT THIS CONFERENCE EVEN IF YOU ARE UNAWARE OF THE IDENTITY OF THE DEFENSE COUNSEL.**

SO ORDERED:

SHIRA A. SCHEINDLIN
U.S.D.J.

Dated: New York, New York
       July 31, 2009